# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JASON HEATH, ROBERT G. PIERCE,
AURELIA EISENZOPF on behalf of
themselves and all others similarly
situated,

     Plaintiffs,

-vs-                Case No. 6:10-cv-344-Orl-28KRS

HARD ROCK CAFÉ INTERNATIONAL
(STP), INC., HARD ROCK CAFÉ
INTERNATIONAL (USA), INC., HARD
ROCK CAFÉ INTERNATIONAL
(ORLANDO), INC., HARD ROCK CAFÉ
INTERNATIONAL (HOLLYWOOD), INC.,
HARD ROCK STADIUM TENANT, INC.

     Defendant.
_____/

# ORDER

This case is before the Court on Plaintiffs' Motion to Allow Notice to be Sent to Potential Plaintiffs Informing Them of their Right to Opt-In to this Case Under the Fair Labor Standards Act (Doc. No. 16) filed May 6, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiffs' Objections to the Report and Recommendation (Doc. 37) and Defendants' Response to Plaintiffs' Objections (Doc. 39), Plaintiffs' objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 31, 2010 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion to Allow Notice to be Sent to Potential Plaintiffs Informing Them of Their Right to Opt-In to this Case Under the Fair Labor Standards Act (Doc. 16) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of October, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party