**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON HEATH, ROBERT G. PIERCE, AURELIA EISENZOPF on behalf of themselves and all others similarly situated,**

        **Plaintiffs,**

-vs-                                                                    Case No.  6:10-cv-344-Orl-28KRS

**HARD ROCK CAFÉ INTERNATIONAL (STP), INC., HARD ROCK CAFÉ INTERNATIONAL (USA), INC., HARD ROCK CAFÉ INTERNATIONAL (ORLANDO), INC., HARD ROCK CAFÉ INTERNATIONAL (HOLLYWOOD), INC., HARD ROCK STADIUM TENANT, INC.**

        **Defendant.**
_____/

## ORDER

This case is before the Court on Plaintiffs' Motion to Sever and Transfer Claims of Connecticut Plaintiffs and to Voluntarily Dismiss Remaining Claims (Doc. No. 53) filed January 27, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of Defendants' objections to the Report and Recommendation (Doc. 58), and Plaintiffs' opposition to Defendants' objections (Doc No. 59), Defendants' objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.     That the Report and Recommendation filed March 8, 2011 (Doc. No. 57) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion to Sever and Transfer Claims of Connecticut Plaintiffs and to Voluntarily Dismiss Remaining Claims (Doc. No. 53) is **GRANTED in part**.

3. The claims of the Connecticut Plaintiffs – Jason Heath, Brock Arsenault, Jarraid Belanger, Tim Dilallo, Stacy Ferguson, Joseph Harry Barnaby, Sarah Jane Waltman, Gordon Johnson, Jennifer Lussier, Paul Neville, Elizabeth Pignatara, Amber Safari, Jennifer Selvido, and Allison Tapia – are transferred to the United States District Court of Connecticut.

4. The claims of the remaining Plaintiffs are **DISMISSED without prejudice** on the condition that any of the non-Connecticut Plaintiffs who file a renewed cause of action against Defendants for violation of the Fair Labor Standard Act ("FLSA") in any forum shall pay expenses incurred by Defendants in this case for work that will not be useful in the subsequent litigation as a condition for proceeding on the FLSA cause of action.

5. The Clerk of the Court is directed to transfer the claims of the Plaintiffs named in paragraph 3 above to the United States District Court of Connecticut and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  20th  day of April, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge