UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JASON HEATH, ROBERT G. PIERCE,
AURELIA EISENZOPF, on behalf of
themselves and all others similarly situated,**

      **Plaintiffs,**

v.                           Case No.:  6:10-cv-344-Orl-JA-KRS

**HARD ROCK CAFÉ INTERNATIONAL
(STP), INC., HARD ROCK CAFÉ
INTERNATIONAL (USA), INC.,
HARD ROCK CAFÉ INTERNATIONAL
(ORLANDO), INC., HARD ROCK CAFÉ
INTERNATIONAL (HOLLYWOOD), INC.
HARD ROCK STADIUM TENANT, INC.,**

      **Defendants.**
_____/

## NOTICE OF SETTLEMENT AND JOINT MOTION TO SET ASIDE ORDER TRANSFERRING CASE TO DISTRICT COURT OF CONNECTICUT (DOC. NO. 60)

The Parties submit the following Notice of Settlement and Joint Motion to Set Aside Order Transferring Case to the District Court of Connecticut.

1. On April 13, 2011, the Parties attended a mediation conference to resolve this case. The Parties agreed to certain terms to settle the claims of the Connecticut Plaintiffs and the putative claims of individuals who worked at the Hard Rock Café in Foxwoods, Connecticut during the timeframe relevant to this action. The settlement documents are currently being prepared, as well as a Motion to Approve the Settlement.

2. On April 20, 2011, this Court entered an Order granting the Plaintiffs' Motion to Transfer the Claims of the Connecticut Plaintiffs to the District Court of Connecticut and to Dismiss the Remaining Claims Without Prejudice (Doc. 60) ("the April 20, 2011 Order").

3.  In light of the Parties' agreement to settle the claims of the Connecticut Plaintiffs, the Parties ask the Court to set aside the April 20, 2011 Order and give the Parties 60 days to file their Motion to Approve Settlement with this Court. This will avoid the administrative hassle involved in transferring the case to Connecticut and will allow the Parties to seek settlement approval here. The Court has the inherent authority to set aside its Order based on the Parties' agreement to settle.

4.  Pursuant to Rule 3.01(g), the Parties have conferred regarding this issue and agree to set aside the Court's April 20, 2011 Order.

WHEREFORE, the Parties ask that the Court set aside its April 20, 2011 Order (Doc. No. 60) and enter a new Order giving the Parties 60 days to file their Motion for Approval of Settlement.

Respectfully submitted,

| | |
|---|---|
| s/ Hillary Schwab | s/ Kevin W. Shaughnessy |
| Hillary Schwab, *Admitted pro hac vice* | Kevin W. Shaughnessy |
| hschwab@llrlaw.com | Florida Bar No. 0473448 |
| **LICHTEN & LISS-RIORDAN, P.C.** | kshaughnessy@bakerlaw.com |
| 100 Cambridge Street, 20th Floor | Joyce Ackerbaum Cox |
| Boston, MA 02114 | Florida Bar No. 0090451 |
| Telephone: (617) 994-5800 | jacox@bakerlaw.com |
| | Marilyn G. Moran |
| and | Florida Bar No. 0163813 |
| | mmoran@bakerlaw.com |
| Mary Jill Hanson | **BAKER & HOSTETLER LLP** |
| Florida Bar No. 727369 | 200 South Orange Ave., Suite 2300 |
| jillocean@bellsouth.net | Orlando, Florida 32802-0112 |
| **LAW OFFICE OF MARY JILL HANSON** | Telephone: (407) 649-4000 |
| | Facsimile: (407) 841-0168 |
| 301 Ocean Bluffs Boulevard #306 | |
| Jupiter, Florida 33477 | **COUNSEL FOR DEFENDANTS** |
| Telephone: (561) 373-6712 | |
| | |
| **COUNSEL FOR PLAINTIFFS** | |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2011, a true and correct copy of the foregoing was filed using the Court's CM/ECF system which will send a copy electronically to Hillary Schwab, Esq., Lichten & Liss-Riordan, P.C., 100 Cambridge Street, 20th Floor, Boston, MA 02114, and Mary Jill Hanson, Esq., Law Office of Mary Jill Hanson, 301 Ocean Bluffs Boulevard, #306, Jupiter, FL 33477.

s/ Kevin W. Shaughnessy  
Kevin W. Shaughnessy

026767, 000080, 503452203.1