# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JASON HEATH, ROBERT G. PIERCE,
AURELIA EISENZOPF on behalf of
themselves and all others similarly
situated,**

                             **Plaintiffs,**

**-vs-**                             **Case No.  6:10-cv-344-Orl-28KRS**

**HARD ROCK CAFÉ INTERNATIONAL
(STP),  INC., HARD ROCK CAFÉ
INTERNATIONAL (USA), INC., HARD
ROCK CAFÉ INTERNATIONAL
(ORLANDO), INC., HARD ROCK CAFÉ
INTERNATIONAL (HOLLYWOOD), INC.,
HARD ROCK STADIUM TENANT, INC.**

                             **Defendant.**

_____/

## ORDER

This case is before the Court on Plaintiffs' Renewed Motion for Order Approving Settlement of Collective Action and Approving Notice of Settlement and Opportunity to File Claim Form (Doc. No. 65) filed September 30, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted, conditioned on the filing of supplemental information by the parties.

After an independent *de novo* review of the record in this matter, and consideration of the supplemental information filed by Plaintiffs (Doc. No. 68), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

     1.     That the Report and Recommendation filed October 28, 2011 (Doc. No. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     2.     Plaintiffs' Renewed Motion for Order Approving Settlement of Collective Action and Approving Notice of Settlement and Opportunity to File Claim Form (Doc. No. 65) is **GRANTED**.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge